

# Fourth Court of Appeals
## San Antonio, Texas

February 9, 2018

No. 04-17-00788-CV

**UNION PACIFIC RAILROAD COMPANY,**
Appellant

v.

Ann **BROWN** d/b/a Jay Construction,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2013CVT001716D1
Honorable Jose A. Lopez, Judge Presiding

## O R D E R

 The appellant's brief is due to be filed on February 16, 2018.  On February 7, 2018, appellant filed a motion requesting an extension of time to file its brief.  Although this court generally grants 30-day extensions on a first motion, appellant is requesting a 60-day extension of time to file its brief.  This motion is GRANTED.  Given the length of this first extension, however, **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**.  The Appellant's brief must be filed by April 17, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of February, 2018.

KEITH E. HOTTLE,
Clerk of Court